UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Susan Kieser-Neisen,

Plaintiff,

v.

John Alden Life Insurance Company,

Defendant.

Court File No. 00-1497 MJD/JGL

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

## STIPULATION

All matters in dispute in the above-entitled action having been fully compromised, settled and adjusted between the parties hereto;

**IT IS HEREBY STIPULATED** by and between the parties hereto, by their respective attorneys, that the Plaintiff Susan Kieser-Neisen's Complaint and alleged causes of action against Defendant John Alden Life Insurance Company be dismissed on the merits without costs to any party hereto and the Judge or Clerk of said Court is hereby authorized and requested, upon the filing of this Stipulation, duly executed, and without further or other notice to any party hereto to dismiss Plaintiff's Complaint with Prejudice.

DATED: 12/14/00

**MURNANE, CONLIN, WHITE & BRANDT PROFESSIONAL ASSOCIATION**

Stacy E. Cudd

Daniel A. Haws #193501
Stacy E. Cudd #267181
Attorneys for Defendant
1800 Piper Jaffray Plaza
444 Cedar Street
Saint Paul MN 55101
(651) 227-9411

FILED JAN 3 '01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated:

**HAUER FARGIONE & LOVE PA**

Paul F. McEllistrem #244521
Attorneys for Plaintiff Susan Kieser-Neisen
5901 South Cedar Lake Road
Minneapolis, MN 55416
(612) 544-5501

**ORDER**

Based upon the foregoing Stipulation,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiff Susan Kieser-Neisen's Complaint and alleged causes of action be dismissed on the merits with prejudice and without costs to any party.

Dated: 1-2-2001

Honorable Michael J. Davis
United States District Court Judge

443739